IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIM. NO. 07-248 (KSH) |
| | : | |
| v. | | **ORDER MODIFYING** |
| | : | **RELEASE CONDITIONS** |
| JOSEPH CORSO, Jr. | : | Hon. KATHARINE S. HAYDEN |

On application of the defendant (Marc Agnifilo, Esq., Brafman & Associates, 767 Third Avenue; New York, New York 10017, appearing), and in the presence of the United States of America (AUSA Andrew Kogan, appearing), and there being no objection to such by the United States, and for good cause shown:

IT IS ORDERED, that on May 1, 2008, defendant's travel restrictions are modified to the extent that defendant is permitted to travel in the continental United States so long as defendant receives the prior approval of a representative of Pre-Trial Services.

_____
HON. KATHARINIE S. HAYDEN
U.S. District Court Judge