IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | CRIM. NO. 07-248 (KSH) |
| | : | |
| v. | : | **ORDER RETURNING PASSPORT AND ALLOWING DOMESTIC TRAVEL** |
| | : | |
| JOSEPH CORSO, Jr. | : | Hon. KATHARINE S. HAYDEN |

On application of the defendant (Marc Agnifilo, Esq., Brafman & Associates, 767 Third Avenue; New York, New York 10017, appearing), and in the presence of the United States of America (AUSA Andrew Kogan, appearing), and with the agreement of the parties, and for good cause shown:

IT IS ORDERED, that on September __, 2008:

(1) Defendant shall be permitted to travel within the United States with the approval of the Probation Department; and

(2) Defendant's passport, which is currently in the possession of the Pre-Trial Services Agency, shall be returned to the defendant or his counsel of record.

HON. KATHARINE S. HAYDEN
U.S. District Court Judge